UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ABBIE L. G., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:21-cv-167 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER OVERRULING THE OBJECTIONS (DOC. NO. 15); ADOPTING, IN FULL, THE REPORT AND RECOMMENDATIONS (DOC. NO. 14) AND ACCEPTING ITS RECOMMENDED DISPOSITION; AFFIRMING THE NON-DISABILITY DECISION; AND, TERMINATING THIS CASE ON THE COURT'S DOCKET**

This Social Security disability benefits appeal is before the Court on the Objections (Doc. No. 15) filed by Plaintiff to Magistrate Judge Peter B. Silvain, Jr.'s Report and Recommendations ("Report") (Doc. No. 14). Magistrate Judge Silvain recommended that the non-disability finding of the Commissioner be affirmed and this case be terminated. (Doc. No. 14.) Plaintiff filed Objections (Doc. No. 15) to the Report. In the Objections, Plaintiff argues that the administrative law judge ("ALJ") failed to properly evaluate the opinions provided by Dr. Kristen Haskins, the state agency psychologist at the reconsideration level. (Doc. No. 15 at PageID 2314.) The Defendant filed a response to the Plaintiff's Objections. (Doc. No. 16.) The matter is ripe for review.

If a party objects within the allotted time to a United States magistrate judge's report and recommendation(s), then the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C.

1

§ 636(b)(1); *see also* Fed. R. Civ. P. 72(b).  Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  *Id.*  The Court "may also receive further evidence or recommit the matter to the magistrate judge with instructions."  *Id.*  The Court's "review of the ALJ's decision is limited to whether the ALJ applied the correct legal standards and whether the findings of the ALJ are supported by substantial evidence."  *Blakley v. Comm'r of Soc. Sec.*, 581 F.3d 399, 406 (6th Cir. 2009).

The Court has made a *de novo* review of the record in this case and a "*de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  The Court finds that the Objections (Doc. No. 15) to the Report are not well-taken and are **OVERRULED**.  The Court **ACCEPTS** the findings and recommendations made by the magistrate judge, **ADOPTS** the Report (Doc. No. 14), and rules as follows:

1. The non-disability finding is **AFFIRMED**; and
2. This case is **TERMINATED** on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, August 12, 2022.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE